23 So.3d 779 (2009)
Miguel RODRIGUEZ, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D09-2691.
District Court of Appeal of Florida, Third District.
November 25, 2009.
Rehearing Denied January 7, 2010.
Miguel Rodriguez, in proper person.
Bill McCollum, Attorney General, for appellee.
Before GERSTEN, SUAREZ, and SALTER, JJ.
PER CURIAM.
Affirmed. See Harris v. State, 12 So.3d 287 (Fla. 3d DCA 2009); Cala v. State, 854 So.2d 840 (Fla. 3d DCA 2003).